UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT CODER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-15074-WBV-JVM** |
| **M-I, LLC** | **SECTION: D (1)** |

### ORDER

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal of Opt-In James Slack (R. Doc. 27) is **STRICKEN** from the record. Mr. Slack was never properly added as a plaintiff in this matter.

New Orleans, Louisiana, September 11, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**