# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

ROBERT CODER, ET AL.                          CIVIL ACTION

VERSUS                                        NO. 17-15074-WBV-JVM

M-I, LLC                                      SECTION: D (1)

## ORDER

Considering the Joint Notice of Settlement (R. Doc. 66);

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforcing the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, October 31, 2019.


**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**